## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

ANTONIOUS WILDER, a/k/a LARRY DAWKINS,

      Plaintiff,

v.                                        CASE NO. 1:16-cv-00034-MP-GRJ

STATE OF FLORIDA,

      Defendant.

_____/

## O R D E R

      This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 16, 2016. (Doc. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

      Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      This case is dismissed without prejudice pursuant to the 28 U.S.C. § 1915(g) three-strikes bar.

      **DONE AND ORDERED** this _21st_ day of March, 2016

      *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge